UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2573

WILLIAM N. BANKS, JR.,

            Plaintiff – Appellant,

      v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca Beach Smith,
Chief District Judge.  (4:12-cv-00164-RBS-LRL)

Submitted:  May 16, 2013                 Decided:  May 22, 2013

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William N. Banks, Jr., Appellant Pro Se.  James Arthur Cales,
III, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William N. Banks, Jr., appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Banks v. Government Employees Ins. Co., No. 4:12-cv-00164-RBS-LRL (E.D. Va. Dec. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED